UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

DAVID & VALERIE ZIMMER,       Case No. 07-21932

                Chapter 7 Proceeding
     Debtor(s).          Hon. Daniel S. Opperman
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN U.S. REGISTRY

  NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $20.13 for deposit in the U.S. Registry as evidenced by the attached check number 3007, made payable to U.S. Bankruptcy Court.

  The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds/ Under $10 or Unclaimed from the Interim Distribution on or about December 6, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 3  | Capital Recovery One | $3.37 |
| 4  | Capital Recovery One | $4.39 |
| 5  | Capital Recovery One | $2.28 |
| 7  | Diagnostic Imaging of West Branch | $2.34 |
| 14 | State of Michigan | $0.60 |
| 15 | American General Finance | $3.52 |
| 16 | Culligan Water Conditioning | $1.97 |
| 17 | Russell Collection Agency, Inc. | $1.66 |
|    | TOTAL | $20.13 |

DATED: December 7, 2010

                /s/ Randall L. Frank
                _____
                Randall L. Frank (P33189)
                Chapter 7 Trustee
                310 Davidson Building
                P.O. Box 2220
                Bay City, Michigan  48707
                Telephone: (989) 893-2461
                randall.frank@gmail.com