UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

DAVID & VALERIE ZIMMER.,   Case No. 07-21932

                                           Chapter 7 Proceeding
               Debtor(s).   Hon. Daniel S. Opperman
_____/

## NOTICE REGARDING FUNDS TO BE
## DEPOSITED IN U.S. REGISTRY

       NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $167.45 for deposit in the U.S. Registry as evidenced by the attached check number 3015, made payable to U.S. Bankruptcy Court.

       The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds", Under $10 or Unclaimed from the Interim Distribution on or about December 6, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 20 | National City Bank | $167.45 |
| | | _____ |
| TOTAL | | $167.45 |

DATED: May 26, 2011

                                                     /s/ Randall L. Frank
                                                     _____
                                                     Randall L. Frank (P33189)
                                                     Chapter 7 Trustee
                                                     310 Davidson Building
                                                     P.O. Box 2220
                                                     Bay City, Michigan 48707
                                                     Telephone: (989) 893-2461
                                                     randall.frank@gmail.com